IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00197-BNB

TOMAS CUENCA DIAZ,
    Applicant,

v.

CORINA E. ALMEIDA,
JEH JOHNSON,
JOHN SUTHERS,
MR. CHOATES,
JOHN MORTON,
JOHN LONGSHORE, and
ERICK HOLDER, JR.,
    Respondents.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 24, 2014, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge