**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00197-CMA

TOMAS CUENCA DIAZ,,

    Applicant,

v.

CORINA E. ALMEIDA,
JEH JOHNSON,
JOHN SUTHERS,
MR. CHOATES,
JOHN MORTON,
JOHN LONGSHORE, and
ERICK HOLDER, JR,

    Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. , the following Judgment is hereby entered.

Pursuant to the Order Denying Application for Writ of Habeas Corpus of Judge Christine M. Arguello entered on February 25, 2014 it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. # 1) is DENIED, and this action is DISMISSED WITHOUT PREJUDICE. FURTHER ORDERED that the January 24, 2014 Order (Doc. # 3) requiring Petitioner to remain in custody until further court order is WITHDRAWN .

Dated at Denver, Colorado this 26th day of February, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann

Sandra Hartmann
Deputy Clerk